1  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
2  VICTOR MENG (CA SBN 254102)
   VMeng@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendants                                          JS-6
   EMC MORTGAGE CORPORATION; MORTGAGE
7  ELECTRONIC REGISTRATION SYSTEMS, INC.;
   WELLS FARGO BANK, NA, AS TRUSTEE FOR
8  CERTIFICATEHOLDERS OF BEAR STEARNS
   ASSET BACKED SECURITIES I LLC, ASSET
9  BACKED CERTIFICATES, SERIES 2007-AC6;
   BEAR STEARNS RESIDENTIAL MORTGAGE
10 CORPORATION

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13
                                                          JFW (SSx)
14 KAMI O'BRIEN, an Individual; PATRICK     Case No. 2:10-cv-09344-~~VBF~~
   O'BRIEN, an Individual,                  ~~JCG~~
15
                 Plaintiffs,
16
        v.
17                                          ~~WITHDRAWAL OF NOTICE~~
   BEAR STEARNS RESIDENTIAL                 ~~OF REMOVAL AND~~
18 MORTGAGE CORPORATION, a mortgage         ~~[PROPOSED]~~ ORDER
   entity; WELLS FARGO BANK,
19 NATIONAL ASSOCIATION, AS
   TRUSTEE FOR CERTIFICATEHOLDERS
20 OF BEAR STEARNS ASSET BACKED
   SECURITIES I LLC, ASSET BACKED
21 CERTIFICATES, SERIES 2007-AC6, a
   corporate entity; EMC MORTGAGE
22 CORPORATION, a corporate entity; CAL-
   WESTERN RECONVEYANCE
23 CORPORATION,  corporate entity;
   MORTGAGE ELECTRONIC
24 REGISTRATION SYSTEMS, INC., a
   "Suspended" corporate entity; and DOES 1-
25 10, Inclusive,

26               Defendants.

27

28

WITHDRAWAL OF NOTICE OF REMOVAL
Case No: 2:10-CV-09344-VBF-JCG
sf-2936548

1

## [~~PROPOSED~~] ORDER

2      Defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic

3   Registrations Systems, Inc. ("MERS"), Bear Stearns Residential Mortgage

4   Corporation ("Bear Stearns"), and Wells Fargo Bank, NA, as Trustee for

5   Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed

6   Certificates, Series 2007-AC6 ("Wells Fargo") (collectively, "Defendants") filed a

7   Notice of Withdrawal of Removal on December 27, 2010, in which it seeks to

8   withdraw a previously filed Notice of Removal of the above-entitled action from

9   the Superior Court of the State of California, County of Los Angeles, to the United

10  States District Court for the Central District of California, filed and entered on

11  December 6, 2010.

12      Because the above-entitled action had previously been removed on

13  November 23, 2010 to the United States District Court for the Central District of

14  California and is assigned to Honorable John Walter (CV-10-9071 MMM(SSx)),

15  this Court will dismiss this action as duplicative.

16      IT IS HEREBY ORDERED THAT Defendants' Notice of Removal,

17  Certificate of Interested Parties and Civil Cover Sheet, filed and entered on

18  December 6, 2010, are withdrawn, and the above-entitled action is dismissed, so

19  that the case can proceed in accordance with the first-filed removal.

20

21
Dated:  ___December 28___, 2011      ___John F. Walter /s/___
22                                     ~~Honorable Valerie Fairbank~~
23                                     United States District Court Judge

24

25

26

27

28

WITHDRAWAL OF NOTICE OF REMOVAL
Case No: 2:10-CV-09344-VBF-JCG                    3
sf-2936548